PROB12A
(7/93)

Case: 1:24-mj-00002
Assigned to: Judge Meriweather, Robin M.
Assign Date: 1/4/2024
Description: ARREST RULE(5)

# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF WEST VIRGNIA

## REPORT on OFFENDER UNDER SUPERVISION

Name of Offender:  Troy Covington                    Case Number:          5:20-cr-00178

Sentencing Judge:      The Honorable Frank W. Volk, United States District Judge

Date of Original Sentence:  February 12, 2021

Original Offense:      18 U.S.C. §§ 1791(a)(2) and 1791(b)(3), Possession of a prohibited object by an inmate of a federal prison

Original Sentence:     Twelve months of imprisonment to run consecutively to the undischarged term of imprisonment ordered by the Superior Court of the District of Columbia, followed by three years of supervised release to run concurrently with the other term of supervised release previously imposed in the District of Columbia.

Type of Supervision:  Supervised Release      Date Supervision Commenced: September 22, 2023

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of mandatory condition number one:  The defendant must not commit another federal, state, or local crime:** |

On December 4, 2023, the defendant was arrested in Washington, D.C. for Unlawful Entry, Felon in Possession, Possession of an Unregistered Firearm, Carrying a Firearm without a License Outside of a Home/Business, Possession of Unregistered Ammunition, and Possession of a Large Capacity Feeding Device.

According to the criminal complaint, on December 4, 2023, the defendant unlawfully entered the parking garage located at 910 M Street NW in Washington, DC 20001. Upon the reporting officer's arrival, a photo of the defendant was obtained, and a canvass was conducted. The defendant was observed by the responding officers fleeing from the rear alley of the location. The defendant was

PROB 12A
Re: Troy Covington                                              Report on Offender
Docket No. 5:20-cr-00178                                        Under Supervision

subsequently stopped inside the parking lot of 1101 McCullough Ct NW, in Washington, DC 20001.

During the search of the area, Officers recovered a Glock model 19 semi-automatic handgun from the wheel well of the vehicle that the defendant was attempting to hide behind.  Consequently, the defendant was placed under arrest.

On December 5, 2023, the defendant was arraigned and released. At this time, the local authorities in the Superior Court of the District of Columbia have decided not to purse the charges.

2.      **Violation of mandatory condition number two:  The defendant must not unlawfully possess a controlled substance:**

On December 4, 2023, the defendant provided a urine specimen that tested positive for Marijuana and Alcohol according to the United States Parole Commission.

3.      **Violation of mandatory condition number three:  The defendant must refrain from any unlawful use of a controlled substance:**

The probation officer reasserts the conduct outlined in Violation Number Two.

4.      **Violation of additional supervised release condition number one: The defendant shall submit to random urinalysis or any other drug screening method whenever the same is deemed appropriate by the probation officer and shall participate in a substance abuse program, including in-patient substance abuse treatment, as directed by the probation officer. The defendant shall not use a method or device to evade a drug screen.**

According to the United States Parole Commission, the defendant attempted to evade a drug screen by submitting a urine specimen that was intentionally diluted.

In addition, on December 11, 2023, the defendant submitted a urine specimen that resulted in a temperature reading of 107 degrees. The specimen was rejected for testing due to the abnormal temperature.

PROB 12A
Re: Troy Covington                                              Report on Offender
Docket No. 5:20-cr-00178                                        Under Supervision

U.S. Probation Officer Action:

On September 22, 2023, Mr. Covington was released from the Bureau of Prisons and began supervision with the Eastern District of North Carolina, however, our district was never notified of the release. Mr. Covington has since relocated to the District of Columbia and is currently being supervised by Officer Kevin Jackson in the Court Services & Offender Supervision Agency of Washington, DC, due to the prior federal conviction contained in the Superior Court of the District of Columbia Case No: 2:18CR05653.

The probation officer respectfully recommends continuing the offender on supervision with no Court action at this time. We have requested a transfer of supervision to the District of Columbia and are awaiting confirmation of acceptance. Once accepted, this officer will request a Transfer of Jurisdiction to allow the United States Probation Office in the District of Columbia the ability to implement any corrective measures or address any further court action in their district.

Respectfully submitted,

Jordan L. Clark
United States Probation Officer Assistant
December 21, 2023

The Court Orders:

☐ Schedule status conference
☐ Submit a Request for Modifying the Conditions or Terms of Supervision
☒ The Issuance of a Warrant.  The Petition and Warrant be SEALED until the defendant is arrested.  No further order shall be needed to unseal same once the offender has been arrested.  A copy of this Order to be sent to the U.S. Probation Office, U.S. Attorney's Office, and the U.S. Marshals Service.

☐ No Action
☐ Other

Frank W. Volk
United States District Judge

Date:   January 2, 2024